United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RSL Funding, LLC, RSL Special-IV, Ltd. and Marla B. Matz, | § § § § § § § § § § § | |
| Plaintiffs | | Case No. 4:17-CV-00126 |
| v. | | |
| Daniel P. Morris and Donna M. O'Brien, | | |
| Defendants | | |

## ORDER

CAME ON to be heard the ∧UNOPPOSED Application of Turnover After Judgment of Applicants and/or Plaintiffs' Motion to Enforce Judgment, whereupon, the Courts review of the papers herein on file, became of the opinion that the request should be granted. It is therefore

ORDERED, ADJUDGED and DECREED that Plaintiffs are entitled to the rights of defendants Donna M. O'Brien and Daniel P. Morris (collectively, the "Defendants") which by this Order are hereby turned over to Plaintiffs, which rights were asserted or assertable by the Defendants in the now pending action in the Harris County Court and Harris County District Court actions[1] including the rights to all proceeds, both currently on deposit and as may be later deposited, arising

---

[1] Cause No. 994875 styled as *RSL Funding, LLC v. Cheveze Pippins, Daniel P. Morris, Donna M. O'Brien, Metropolitan Life Insurance Company, MetLife Insurance Company of Connecticut and Metlife Investors USA Insurance Company; Metropolitan Life Insurance Company, Metlife Insurance Company of Connecticut and Metlife Investors USA Insurance Company, Third-party Plaintiffs v. RSL Special-IV, Ltd. and Marla Matz Feldman, Third-party Defendants;* and C.A. No. 2011-72341; *Cheveze D. Pippins, et al v. Metropolitan Life Insurance Company, et al.;* pending in the 190th District Court of Harris County, Texas.

out of the matters which are the subject to the subject matter of the Corrected Final Judgment (attached hereto). Such amount as of this day on deposit with the County Court Clerk (with accrued interest which nonetheless is also subject to this Order) in Cause No. 994875 is estimated at $91,624.29 as such related to Defendant O'Brien ($60,256.20) and Morris ($31,368.09).

SIGNED this **14** day of **June**, 2017.

_____
JUDGE PRESIDING